UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK BRENNEN; CHRISTINA
BRENNEN,

                          Plaintiffs,

             -against-

DESMARIE GRIFFIN,

                          Defendant.

25-cv-3464 (LTS)

CIVIL JUDGMENT

For the reasons stated in the November 26, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

 Dated:    February 12, 2026
           New York, New York

                                        /s/ Laura Taylor Swain
                                         LAURA TAYLOR SWAIN
                                       Chief United States District Judge